IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJAMIN SMITH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 08-0388 |
| | : | |
| **LISA J. W. HOLLINGSWORTH,** *et al.* | : | |

## ORDER

**AND NOW**, this 3rd day of June, 2008, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Report and Recommendation filed by United States Magistrate Judge L. Felipe Restrepo and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Restrepo is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

　　　　　　　　　　　　　　　　　　　　　　　　/Timothy J. Savage　　　　　
　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE,  J.